UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIK B. CHERDAK,                          *
                                          *
            Plaintiff,                    *
                                          *
            v.                            *        Civil Action No. 14-cv-10371-IT
                                          *
KOKO FITCLUB, LLC and KOKO                *
FITNESS, INC.,                            *
                                          *
            Defendants.                   *

ORDER

May 28, 2015

TALWANI, D.J.

        On May 18, 2015, Defendants filed a motion requesting that the court hold a status

conference to address the current status of this case and the parties' various pending motions.

See Request Status Conference [#167].  On May 27, 2015, Plaintiff filed an opposition to this

motion.  See Opp'n Def.'s Untimely Notice/Request/Mot. Status Conference [#170].

        Local Rule 5.1 provides that all papers filed in the court shall be "double-spaced except

for the identification of counsel, title of the case, footnotes, quotations and exhibits."  Plaintiff's

opposition is not double-spaced and fails to use appropriate font and margin sizes.  For these

reasons, Plaintiff's Opposition to Defendant's Untimely Notice/Request/Motion for a Status

Conference [#170] is stricken from the docket.  Plaintiff should anticipate that any future

disregard of Local Rule 5.1 or use of inappropriate font and margin sizes will be treated in a

similar manner.

        IT IS SO ORDERED.

                                                        /s/ Indira Talwani
                                                        United States District Judge