UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIK B. CHERDAK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-10371-IT |
| | * | |
| KOKO FITCLUB, LLC and KOKO FITNESS, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 3, 2015

TALWANI, D.J.

After reviewing the April 27, 2015 Memorandum of Decision and Order on Defendants' Motion for a Protective Order [#157] of Magistrate Judge Dein, the Protective Order [#158] issued by Magistrate Judge Dein, and Plaintiff's Objections to the Magistrate Judge's Orders [#161], the court, pursuant to Federal Rule of Civil Procedure 72(a), finds that no part of the above-referenced orders by Magistrate Judge Dein are clearly erroneous or contrary to law. Accordingly, the court affirms these orders.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge