UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK B. CHERDAK, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 14-cv-10371-IT |
| | * |
| KOKO FITCLUB, LLC and KOKO FITNESS, INC., | * |
| | * |
| Defendants. | * |

ORDER

June 3, 2015

TALWANI, D.J.

Before the court is Plaintiff's Emergency Motion to Strike Portions of Defendants' Patent Invalidity Contentions [#132]. For the reasons provided in the court's Memorandum & Order [#176] of June 3, 2015, the motion is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge