UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIK B. CHERDAK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-10371-IT |
| | * | |
| KOKO FITCLUB, LLC and KOKO FITNESS, INC., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 8, 2015

TALWANI, D.J.

Before the court is Cherdak's <u>Emergency Motion and Inclusive Memorandum in Support to Compel the Deposition of Michael G. Lannon</u> [204]. The court denies this motion. Cherdak has failed to show good-faith compliance with the obligations of Local Rule 7.1. Cherdak also gives no reason for why the deposition needs to take place on July 10, 2015 other than his reservation of a conference room in Boston. The costs associated with such a reservation could have been avoided by discussing the scheduling of Mr. Lannon's deposition prior to making the reservation. Cherdak may re-notice the deposition of Mr. Lannon giving Defendants reasonable notice.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge