UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIK B. CHERDAK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 14-cv-10371-IT |
| | * | |
| KOKO FITCLUB, LLC and KOKO FITNESS, INC., | * | |
| | * | |
| Defendants. | * | |

## ORDER

July 8, 2015

TALWANI, D.J.

Pro se litigant Erik B. Cherdak, who is a party to this civil action, and not a prisoner, and is not represented by an attorney has my approval, as the judicial officer assigned to this case, to register as a filer in the CM/ECF system. Mr. Cherdak shall attend a training session offered by the clerk's office on the ECF system or otherwise prove his proficiency on the use of the CM/ECF system before an ECF login will be issued.

Mr. Cherdak's filing access is currently restricted to the above-captioned case.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge